AUSA Erika L. Csicsila (312)353-5370

**FILED**
JAN 0 5 2009
1-5-09
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. **09 CR 0004** |
| v. ) | |
| ) | Magistrate Judge Morton Denlow |
| CHRISTOPHER J. McGEE ) | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, ANTHONY CATENACCI, personally appearing before United States Magistrate Judge MORTON DENLOW and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that CHRISTOPHER J. McGEE (hereinafter "McGee"), has been charged by Indictment in the Southern District of Iowa with the following criminal offense: conspiring to violate the narcotics laws of the United States, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), all in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 846.

A copy of the Indictment is attached. I have been informed through official channels that a warrant for the arrest of McGee has been issued pursuant to the Indictment. A copy of the arrest warrant also is attached.

ANTHONY CATENACCI
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 5th day of January, 2009.

MORTON DENLOW
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) Criminal No. 3:07-cr-634 |
| v. | )<br>) |
| ANDRELL THOMAS SANDERS<br>  aka Q,<br>CHRISTOPHER JAMES MCGEE, and<br>JULIUS RYAN SHARKEY, | ) **SUPERSEDING**<br>) **INDICTMENT**<br>) T. 21 U.S.C. § 841(a)(1)<br>) T. 21 U.S.C. § 841(b)(1)(A)<br>) T. 18 U.S.C. § 2 |
| Defendants. | ) |

RECEIVED MAR 12 2008 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

**THE GRAND JURY CHARGES:**

### COUNT I
### (Conspiracy to Distribute Drugs)

From a date unknown to the Grand Jury, but beginning by on or about October 23, 2006, and continuing to on or about February 7, 2008, in and about Johnson County in the Southern District of Iowa, and elsewhere, the defendants, ANDRELL THOMAS SANDERS, aka Q, CHRISTOPHER JAMES MCGEE, and JULIUS RYAN SHARKEY, did knowingly and intentionally conspire with each other and other persons known and unknown to the Grand Jury to knowingly distribute at least 50 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT 2
### (Possession with Intent to Distribute)

On or about July 7, 2007, in and about Johnson County in the Southern District of Iowa, the defendants, ANDRELL THOMAS SANDERS, aka Q, and CHRISTOPHER JAMES MCGEE, did knowingly and intentionally possess with intent to distribute at least 50 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3
### (Possession with Intent to Distribute)

On or about February 7, 2008, in and about Johnson County in the Southern District of Iowa, the defendant, JULIUS RYAN SHARKEY, did knowingly and intentionally possess with intent to distribute at least 50 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance.

This is a violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**A TRUE BILL.**

/s/
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/
Melisa Zaehringer
Special Assistant United States Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN　　　　DISTRICT OF　　　　IOWA

DAVENPORT DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CHRISTOPHER JAMES McGEE

CASE NUMBER: 3:07-cr-634

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Christopher James McGee
　　　　　　　　　　　　　　　　　　　　　　Name

for proceedings in Davenport, Iowa, to answer an

[X] Indictment　[ ] Information　[ ] Complaint　[ ] Order of Court　[ ] Violation Notice　[ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and possession with intent to distribute cocaine base

in violation of Title  18; 21  United States Code, Section(s)  2; 846, 841(b)(1)(A), 841(a)(1)

R. Johnson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

March 12, 2008, Davenport, Iowa
Date and Location

Bail fixed at $ _____ by _____
　　　　　　　　　　　Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest